Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GREAVES, | Case No. 09-CV-0034-JAM-GGH |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, WALTER GREAVES, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on January 5, 2009.  NCO filed its responsive pleading on February 4, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action and bear their own costs and attorney's fees.

///

Stipulation to Dismiss

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed pursuant to Fed. R. Civ. Pro. 41, and that each party bear their own attorney's fees and costs.

Dated: 7/1/09                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: 7/1/09                KROHN & MOSS, LTD.

/s/ Ryan Lee
Ryan Lee,
Attorney for Plaintiff,
Walter Greaves

IT IS SO ORDERED.

Dated: July 1, 2009          /s/ John A. Mendez_____
                             Hon. John A. Mendez
                             United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com